SUPREME COURT OF MONTANA

| | | | |
|---|---|---|---|
| Canyon View Farms v. Ainslie 2016 MT 160N | DA 15-0668 Affirmed | 07/05/16 | Dist. 20 (Lake) |
| Carrico v. Board of Public Assistance 2016 MT 161N | DA 15-0712 Affirmed | 07/05/16 | Dist. 4 (Missoula) |
| State v. Harless 2016 MT 162N | DA 15-0395 Affirmed | 07/05/16 | Dist. 8 (Cascade) |
| Linnell v. Harbaugh | OP 16-0371 Denied | 07/05/16 | Original Proceeding Habeas Corpus |
| State v. Jorgenson 2016 MT 170N | DA 15-0506 Affirmed | 07/12/16 | Dist. 11 (Flathead) |
| State v. Ankney 2016 MT 171N | DA 15-0269 Affirmed | 07/12/16 | Dist. 18 (Gallatin) |
| Boushie v. Windsor 2016 MT 172N | DA 15-0776 Affirmed | 07/12/16 | Dist. 4 (Missoula) |
| Wagner v. Kirkegard | OP 16-0385 Denied | 07/12/16 | Original Proceeding Habeas Corpus |
| Bomar v. Kirkegard | OP 16-0383 Denied | 07/12/16 | Original Proceeding Habeas Corpus |
| Western Ranch v. 22nd Judicial Dist. | OP 16-0329 Granted & Reversed | 07/12/16 | Original Proceeding Supervisory Control |